IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kevin Johnson                    :

                               :

      v.                       :

                               :

Commonwealth of Pennsylvania,    :

Department of Transportation,     :

Bureau of Driver Licensing,       :

               Appellant   :      No. 177 C.D. 2013

# **O R D E R**

NOW, August 20, 2014, having considered appellee's petition for reargument, the application is denied.

 

_____

DAN PELLEGRINI,
President Judge